Marshall Meyers (020584)
KROHN & MOSS, LTD.
111 West Monroe, Suite 711
Phoenix, AZ 85003
(602) 275-5588
(866) 385-5215 (facsimile)
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES DE SHAZER, | Case No. CIV 03-869-PHX-FJM |
| Plaintiff, | PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS |
| vs. | |
| NATIONAL RV HOLDINGS, INC., and FREIGHTLINER CUSTOM CHASSIS CORPORATION | |
| Defendants. | |

RESPECTFULLY SUBMITTED on this 27th day of January, 2006.

By: _s/Marshall Meyers_____
Marshall Meyers
Ian Pryor
KROHN & MOSS, LTD.
111 West Monroe, 711
Phoenix, AZ 85003
Attorney for Plaintiff

Filed electronically on this 27th day of January, 2006, with:

United States District Court CM/ECF system

Copy mailed on this 27th day of January, 2006, to:

Hon. Frederick J. Martone

1

1. United States District Court, District of Arizona
2. 401 West Washington
   Phoenix, AZ 85003
3.
4. Notification sent electronically via the Court's ECF system and mailed on this 27th day of January, 2006 to:
5.
6. Mr. William M. Shattuck
   Quarles & Brady Streich Lang LLP
7. Renaissance One
   Two North Central Avenue
8. Phoenix, AZ 85004
9.
10. Mr. John C. Hendricks
    Meagher & Geer PLLP
11. 8800 N. Gainey Center Dr. Suite 261
    Scottsdale, AZ 85250
12.
13. s/Cathy Bopp
    Cathy Bopp
14.

2

Plaintiff's Proposed Jury Instruction No. 33

The law which applies to this case authorizes an award of nominal damages. If you find for the plaintiff but you find that the plaintiff has failed to prove damages as defined in these instructions, you must award nominal damages. Nominal damages may not exceed one dollar.


\_\_\_\_\_Accepted

\_\_\_\_\_Rejected

\_\_\_\_\_Modified


Ninth Circuit Model 7.6

3