Marshall Meyers (020584)
Ian Pryor (022651)
KROHN & MOSS, LTD.
111 West Monroe, Suite 711
Phoenix, AZ 85003
(602) 275-5588
(866) 385-5215 (facsimile)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES DE SHAZER, | ) Case No. CIV 03-869-PHX-FJM |
| Plaintiff, | ) |
| | ) **NOTICE OF JOINT PROPOSED** |
| vs. | ) **FORM OF VERDICT** |
| | ) |
| NATIONAL RV HOLDINGS, INC., | ) |
| and FREIGHTLINER CUSTOM | ) |
| CHASSIS CORPORATION | ) |
| | ) |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff CHARLES DE SHAZER has filed with the Clerk of the United States District Court for the District of Arizona the Joint Proposed Form of Verdict, a copy of which is herewith served upon you. This Joint Proposed Form of Verdict is submitted by Plaintiff with the express consent of all parties in the action.

Dated this 27th January, 2006.

```
                                              By:s/Marshall Meyers
                                                 Marshall Meyers
                                                 Ian Pryor
                                                 Krohn & Moss, LTD
                                                 111 W. Monroe, Suite 711
                                                 Phoenix, Arizona 85003
                                                 (602) 275-5588
```

Filed electronically on 27th day of January, 2006, with:

United States District Court CM/ECF system

Copies automatically sent to:

Mr. William M. Shattuck
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix AZ 85004

Mr. John C. Hendricks
Attorney
Meagher & Geer PLLP
8800 N Gainey Center Dr Suite 261
Scottsdale AZ 85250

Courtesy Copy mailed this 27th day of January, 2006, to:

Hon Frederick J. Martone
United States District Court, District of Arizona
401 West Washington
Phoenix AZ 85003

s/Ian Pryor
Ian Pryor

**PROPOSED FORM OF VERDICT**

As to Defendant National RV, we the Jury:

(a) \_\_\_\_ Find in favor of Plaintiff and award damages in the amount of $_____

(b) \_\_\_\_ Find in favor of National RV.

As to Defendant Freightliner, we the Jury:

(a) \_\_\_\_ Find in favor of Plaintiff and award damages in the amount of $_____

(b) \_\_\_\_ Find in favor of Freightliner.

Signed: _____
              Presiding Juror